United States Courts
Southern District of Texas
FILED

*August 02, 2024*

Nathan Ochsner, Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CRIMINAL NO. 4:24-cr-00408** |
| **v.** | § | |
| | § | |
| **BRETT MICHAEL DETAMORE** | § | |

### CRIMINAL INFORMAITON

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
(Wire Fraud - 18 U.S.C. § 1343)

A.    INTRODUCTION

At all times material to this Criminal Information:

1.    Defendant **BRETT MICHAEL DETAMORE ("DETAMORE")** resided in Houston, Texas.

2.    Defendant **DETAMORE** operated a construction business under the name, Detamore Development, LLC.

3.    On or about October 11, 2022, Defendant **DETAMORE**, for Detamore Development, LLC, entered into a construction contract with an individual whose initials are M.M. to build a single-family residence located on Nottingham Street in Houston, Texas ("the Property").

4.    Individual M.M. received a construction loan for the Property from Prosperity Bank.

1

5.     Built Technologies, Inc., is a construction loan management company based in Nashville, Tennessee, whose online portal is hosted by Amazon Web Services servers in Virginia.

B.     THE SCHEME TO DEFRAUD

6.     From at least in or about October 11, 2022, through at least in or about June 21, 2023, in the Southern District of Texas and elsewhere, the defendant,

**BRETT MICHAEL DETAMORE**

did knowingly execute and attempt to execute a scheme and artifice to defraud an individual M.M. and Prosperity Bank, and to obtain money, funds and credit owned by and under the custody and control of Prosperity Bank by means of materially false and fraudulent pretenses, representations, and promises including the concealment of material facts.

C.     THE MANNER AND MEANS OF THE SCHEME

7.     Defendant **DETAMORE** entered into a construction contract with individual M.M., to build a single-family residence on the Property in the Houston, Texas. Individual M.M. received a construction loan for the Property from Prosperity Bank. Prosperity Bank required M.M. and Detamore Development, LLC, to use Built Technologies, Inc., online portal to process draw requests on the construction loan.

8.    Defendant **DETAMORE** created and submitted false invoices to Prosperity Bank through the Built Technologies, Inc. online portal, whose servers are located in Virginia. Draws from the construction loan were to be used for the construction of the single-family residence on the Property when in truth and fact defendant **DETAMORE** used the draws for defendant **DETAMORE**'s personal benefit. Defendant **DETAMORE**'s false invoices submitted to Prosperity Bank through the Built Technologies, Inc. portal caused Prosperity Bank to send funds via interstate wire communications into business bank accounts controlled by defendant **DETAMORE**.

9.    As an example, on May 15, 2023, defendant **DETAMORE** submitted a fraudulent invoice in the amount of $71,235 from McCaw Cabinetry LLC for the Property. Defendant **DETAMORE** had altered an invoice from McCaw Cabinetry LLC that was originally submitted to Detamore Development, LLC, for an entirely different construction property. McCaw Cabinetry LLC had in fact never bid on the Property and had never done any work for Detamore Development, LLC.

10.    Defendant **DETAMORE** provided false and fraudulent information to M.M. and Prosperity Bank about how the Property's construction draws were used.

11.    Defendant **DETAMORE** diverted at least $401,069.48 of the Property's funds provided by Prosperity Bank for **DETAMORE**'S personal use. As a result of defendant **DETAMORE**'s fraudulent actions, M.M. was forced to pay an

additional $85,513.55 to vendors that performed legitimate work on the Property but were never paid by defendant **DETAMORE**.

12.     As late as on or about June 21, 2023, defendant **DETAMORE** continued to make false statements in furtherance of the fraudulent scheme.

All in violation of Title 18, United States Code, Section 1343 and 2.

D.     THE EXECUTION OF THE SCHEME

13.     On or about the date listed below, in the Houston Division of the Southern District of Texas, and elsewhere, for the purpose of executing the above-described scheme to defraud and to obtain money by materially false and fraudulent pretenses, representations, and promises, and attempting to do so, the Defendant knowingly caused to be transmitted by means of wire communications in and affecting interstate commerce, the following writings, signals and sounds:

| COUNT | DATE | DESCRIPTION |
|-------|------|-------------|
| 1 | 5/15/2023 | A fraudulent invoice submission by defendant **DETAMORE** to Built Technologies, Inc.'s online portal in the amount of $71,235 purportedly for an invoice from McCaw Cabinetry LLC for the Property |

All in violation of Title 18, United States Code, Section 1343 and 2.

## NOTICE OF CRIMINAL FORFEITURE
28 U.S.C. § 2461(c); 18 U.S.C. §§ 981(a)(1)(C)

Pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C), the United States gives notice to the defendant,

### BRETT MICHAEL DETAMORE

that in the event of conviction of the offense charged in Count One of this Indictment, the United States will seek forfeiture of all property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

### Money Judgment and Substitute Assets

The United States will seek the imposition of a money judgment against the defendant.  In the event that a condition listed in Title 21, United States Code, Section 853(p) exists, the United States may seek to forfeit any other property of the defendant in substitution.

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY


By:  _____
Suzanne Elmilady
Assistant United States Attorney


_____
Karen M. Lansden
Assistant United States Attorney