USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

United States Courts
Southern District of Texas
FILED

*August 02, 2024*

Filed Nathan Ochsner, Clerk of Court

No. **4:24-cr-00408**

HOUSTON DIVISION

USAO Number: 2023R05689

Magistrate Number:

CRIMINAL INFORMATION

Judge: **Hanks**

**ATTORNEYS:**

**Alamdar S. Hamdani, USA**         **(713) 567-9000**

Karen Lansden, AUSA                    (713) 567-9000

UNITED STATES of AMERICA
vs.

BRETT MICHAEL DETAMORE

|  | Appt'd | Private |
|---|---|---|
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Wire Fraud (18 U.S.C. § 1343)

**PENALTY:** Ct. 1: Up to 20 years imprisonment and/or $250,000 fine, with possibility of up to three years SRT, $100 SA.

NOTICE OF CRIMINAL FORFEITURE: 28 U.S.C. § 2461(c); 18 U.S.C. §§ 981(a)(1)(C)

☐ In Jail
☐ On Bond
☑ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: