United States District Court
Southern District of Texas
**ENTERED**
August 21, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 4:24-CR-00408-1 |
| § | |
| BRETT MICHAEL DETAMORE § | |
|    Defendant. § | |
| § | |

## ORDER OF REFERRAL

This cause is hereby referred to United States Magistrate Judge Yvonne Y. Ho for the purpose of administering the plea of guilty, subject to the final approval and imposition of sentence by this Court.

SIGNED at Houston, Texas on August 21, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE