# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 4:24−cr−00408

Brett Michael Detamore

---

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Yvonne Y Ho

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 8/23/2024

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date: August 21, 2024

Nathan Ochsner, Clerk