United States District Court
Southern District of Texas
**ENTERED**
January 06, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v.   § | No. 4:24-CR-00408 |
| § | |
| **BRETT DETAMORE** § | |

### ORDER

Defendant Brett Detamore's Unopposed Motion to Continue Sentencing for at least 60 days is here by **GRANTED.**

It is therefore **ORDERED:**

The sentencing will be held on:  March 25, 2025 at 10:30 a.m.

Counsel must object in writing to the facts used and application of the guidelines or state that there is no objection by:  March 4, 2025

The probation officer must submit to the judge the final presentence report with an addendum addressing contested issues by:  March 18, 2025

SIGNED ON THIS  January 6 , 2024.

The Hon. George C. Hanks, Jr.
United States District Judge